U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 3 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHEILA CULWELL, | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:07-CV-596-A |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the above-captioned action wherein Sheila Culwell is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income or SSI benefits under Title XVI of the Social Security Act. On July 17, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until August 8, 2008, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

The court ORDERS that the decision of defendant that plaintiff was not entitled to supplemental security income or SSI benefits be, and is hereby, affirmed.

SIGNED August 13, 2008.

JOHN McBRYDE
United States District Judge